

# Fourth Court of Appeals
## San Antonio, Texas

June 30, 2022

No. 04-21-00450-CV

Integrity Pain Management, PLLC
Appellant/Cross-Appellee

v.

Davis & Associates Medical Consultants, LLC
Appellee/Cross Appellant

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018-CI-23848
Honorable Aaron Haas, Judge Presiding

# O R D E R

The Appellant's Unopposed Motion for Extension of Time to File Appellant's/Cross-Appellee's Brief is hereby GRANTED. The appellant's/cross-appellee's brief is due on or before July 21, 2022.

_____
Rebeca C. Martinez, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 30th day of June, 2022.

_____
Michael A. Cruz,
Clerk of Court